IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALONZO HODGES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-369-J |
| | ) | Judge Gibson |
| RAYMOND SOBINA, *et al.*, | ) | Magistrate Judge Caiazza |
| | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The Plaintiff has submitted for filing a Civil Rights complaint in which he seeks leave to prosecute <u>in forma pauperis</u>. The filing fee is $250.00.  The Plaintiff does not have sufficient funds in his prison account to pay the entire filing fee.  The Prison Litigation Reform Act of 1996, 28 U.S.C. § 1915(b) as amended April 26, 1996, requires that prisoners who cannot pay the full filing fee immediately, submit an initial partial filing fee and the balance in installment payments.  The average monthly balance in that account for the last six months is $60.00. The average deposits for that time is $56.00 Therefore, in accordance with 28 U.S.C. § 1915(b)(1) his initial filing fee will be twenty percent (20%) of that amount, or $12.00 The following order is entered:

AND NOW, this 20th of September, 2005,

IT IS HEREBY ORDERED that leave to proceed <u>in forma pauperis</u> is granted. The Plaintiff's initial filing fee will be $12.00. Within twenty (20) days plaintiff shall authorize payment of the initial filing fee in the amount of $12.00, together with subsequent monthly installments, by returning to the court one of two attached copies of the notice with the AUTHORIZATION section signed, or shall indicate his intention to withdraw the action by returning the notice with the WITHDRAWAL OF ACTION section signed.

IT IS FURTHER ORDERED that the Plaintiff is allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


September 20, 2005        <u>s/Francis X. Caiazza        </u>
                          FRANCIS X. CAIAZZA
                          UNITED STATES MAGISTRATE JUDGE


cc:
Jeffrey Walker, #BJ-5553
SCI Fayette
Box 9999
LaBelle, PA 15450-0999