IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALONZO HODGES, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-369J |
| | ) |
| v. | ) Judge Lancaster |
| | ) Magistrate Judge Caiazza |
| RAYMOND SOBINA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM ORDER

Alonzo Hodges' complaint pursuant to 42 U.S.C. §1983 was received by the court on September 20, 2005, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on August 14, 2007, recommended that the Defendants' Motion for Summary Judgment be granted. The parties were allowed ten days from the date of service to file objections. Service was made on the Plaintiff by First Class United States Mail delivered to his place of incarceration, the State Correctional Institution at Fayette, located in Labelle, Pennsylvania. Objections were due on or before August 30, 2007, and the objections period was extended until September 12, 2007. Hodges filed objections on September 11, 2007.

After de novo review of the pleadings and documents in the

case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this __18th__ day of __Sept__, 2007,

IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment (Doc. 48) be granted.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 55), dated August 14, 2007, is adopted as the opinion of the court.

Gary L. Lancaster
U.S. District Court Judge

cc:
ALONZO HODGES
DA-2951
SCI Fayette
P.O.Box 9999
LaBelle, PA 15450-0999